UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JESSE MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:25-cv-02732-WBS-CSK<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

/ / /

/ / /

/ / /

/ / /

1

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.


Respectfully submitted,

Dated: March 3, 2026                    LAW OFFICES OF FRANCESCO BENAVIDES

By:/s/ Francesco Benavides*
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on March 2, 2026]

Dated: March 11, 2026                    ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy

By:    /s/ Margaret Branick-Abilla
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  March 11, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2